**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Steven N. Serajeddini, P.C. (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
steven.serajeddini@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rachael M. Bentley (*pro hac vice* pending)
Peter A. Candel (*pro hac vice* pending)
Ashley L. Surinak (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rachael.bentley@kirkland.com
peter.candel@kirkland.com
ashley.surinak@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| MULTI-COLOR CORPORATION, *et al.*, | Case No. 26-10910 (MBK) |
| Debtors.[1] | (Joint Administration Requested) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR JANUARY 30, 2026 AT 1:00 P.M. (PREVAILING EASTERN TIME)

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

The above-captioned debtors and debtors in possession (the "Debtors"), file this Witness and Exhibit List in accordance with section V(c)(i) of the Court's *Chapter 11 Complex Case Procedures*, dated August 1, 2024, regarding the hearing scheduled for **January 30, 2026, at 1:00 p.m. (prevailing Eastern Time)** (the "First Day Hearing").

## **WITNESSES**

The Debtors may call the following witnesses at the First Day Hearing (in alphabetical order):

1. **Brent Banks, Senior Managing Director at Evercore Group LLC:** Mr. Banks may testify to seek admission of the *Declaration of Brent Banks in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying The Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 27], and as otherwise may be necessary and appropriate.

2. **Garrett Gabel, Chief Restructuring Officer of Multi-Color Corporation:** Mr. Gabel may testify to seek admission of the *Declaration of Garrett Gabel, Chief Restructuring Officer of Multi-Color Corporation and Certain of its Affiliates, in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* [Docket No. 23], and as otherwise may be necessary and appropriate.

3. **Eric Koza, Partner and Managing Director at AlixPartners, LLP:** Mr. Koza may testify to seek admission of the *Declaration of Eric Koza in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 28], and as otherwise may be necessary and appropriate.

4. **Evan Gershbein, Vice President of Kurtzman Carson Consultants, LLC dba Verita Global:** Mr. Gershbein may testify to seek admission of the *Declaration of Evan Gershbein in Support of Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief* [Docket No 9], and as otherwise may be necessary and appropriate.

5. Any witness necessary to establish the authenticity or admissibility of documents.

6. Any witness listed by any other party.

7. Rebuttal and impeachment witnesses as necessary.

The Debtors reserve the right to cross examine any witness called by another party. The Debtors reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the First Day Hearing.

## **EXHIBITS**

A list of exhibits on which the Debtors may rely at the First Day Hearing is set forth below. The Debtors reserve the right to further supplement or amend this Exhibit List, including to add and/or remove documents prior to the conclusion of the First Day Hearing, including in response to pre-hearing filings, requests for judicial notice, exhibit lists, and/or demonstratives, as well as the evidence and arguments that may be presented by other parties at the First Day Hearing. The Debtors further reserve the right to add documents used for rebuttal. By including a document on this Exhibit List, the Debtors do not thereby agree or admit that a document or category of documents is admissible for any or all purposes. The Debtors reserve the right to object if another party seeks to introduce into evidence exhibits that the Debtors have identified.

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 1. | Declaration of Garrett Gabel, Chief Restructuring Officer of Multi-Color Corporation, in Support of the Debtors' Chapter 11 Petitions and First Day Motions (with exhibits) [Docket No. 23] | | | | |

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 2. | Declaration of Evan Gershbein in Support of Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 9] | | | | |
| 3. | Declaration of Garrett Gabel in Support of Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants, LLC dba Verita Global as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 9] | | | | |
| 4. | Declaration of Eric Koza in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 28] | | | | |
| 5. | Declaration of Brent Banks in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying The Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 27] | | | | |
| 6. | Restructuring Support Agreement [Docket No. [●]] | | | | |

| Ex. # | Description | Offered | Objection | Disposition | Docket No. |
|---|---|---|---|---|---|
| 7. | Senior Secured Superpriority Debtor-in-Possession Credit Agreement dated as of January [●], 2026 [Docket No. [●]] | | | | |
| 8. | Debtors' 13-Week Cash Flow Forecasts [Docket No. [●]] | | | | |
| 9. | Consolidating Balance Sheet as of [●] [Docket No. [●]] | | | | |
| 10. | Corporate Organization and Capital Structure Chart [Docket No. [●]] | | | | |
| 11. | Any exhibit necessary to establish the authenticity or admissibility of documents | | | | |
| 12. | Any exhibit listed or introduced by any other party | | | | |
| 13. | Any documents filed in the above-captioned bankruptcy cases | | | | |
| 14. | Rebuttal and impeachment exhibits as necessary | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or introduce one or more of these witnesses or exhibits listed above at the First Day Hearing. The Debtors also reserve the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the First Day Hearing.

Dated: January 29, 2026

/s/ *Michael D. Sirota*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Michael D. Sirota, Esq. | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Warren A. Usatine, Esq. | Steven N. Serajeddini, P.C. (*pro hac vice* pending) |
| Felice R. Yudkin, Esq. | 601 Lexington Avenue |
| Court Plaza North, 25 Main Street | New York, New York 10022 |
| Hackensack, New Jersey 07601 | Telephone:  (212) 446-4800 |
| Telephone: (201) 489-3000 | Facsimile:  (212) 446-4900 |
| Email:  msirota@coleschotz.com | Email:  steven.serajeddini@kirkland.com |
|    wusatine@coleschotz.com | |
|    fyudkin@coleschotz.com | -and- |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rachael M. Bentley (*pro hac vice* pending)
Peter A. Candel (*pro hac vice* pending)
Ashley L. Surinak (*pro hac vice* pending)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   rachael.bentley@kirkland.com
   peter.candel@kirkland.com
   ashley.surinak@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*