**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
James N. Lawlor
Joseph F. Pacelli (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

*Counsel for the Cross-Holder Ad Hoc Group*

**JONES DAY**
Bruce Bennett (admitted *pro hac vice*)
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

-and-

Benjamin Rosenblum (admitted *pro hac vice*)
Genna L. Ghaul
Andrew Butler (admitted *pro hac vice*)
Benjamin C. Sandberg (admitted *pro hac vice*)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Facsimile: (212) 755-7306
brosenblum@jonesday.com
gghaul@jonesday.com
abutler@jonesday.com
bsandberg@jonesday.com

*Counsel for the Cross-Holder Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| MULTI-COLOR CORPORATION, *et al.*, | Case No.: 26-10910 (MBK) |
| Debtors.[1] | Judge: Michael B. Kaplan |

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

### NOTICE OF THE CROSS-HOLDER AD HOC GROUP'S EMERGENCY MOTION FOR RELIEF FROM THE SALE PROCESS AND FOR MODIFICATION OF CERTAIN RELATED MATERIALS

**PLEASE TAKE NOTICE** that a hearing on the *Cross-Holder Ad Hoc Group's Emergency Motion for Relief from the Sale Process and for Modification of Certain Related Materials* (the "Motion") will be held on the date set by the Court pursuant to an Order Shortening Time (the "OST") and Application, as defined below, to be submitted (the "Hearing") before the Honorable Chief Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, NJ 08608.

**PLEASE TAKE FURTHER NOTICE** that contemporaneously with the filing of the Motion, the Cross-Holder Ad Hoc Group filed an Application for Order Shortening Time and Certain Other Relief (the "Application") requesting that the Court hear the Motion on or before February 19, 2026.

**PLEASE TAKE FURTHER NOTICE** that the Motion sets forth the relevant factual bases upon which the relief requested should be granted. A proposed Order granting the relief requested in the Motion is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the relief requested in the Motion shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the United States Bankruptcy Court electronically so as to be received on or before March 3, 2026, by: (i) counsel to the Cross-Holder Ad Hoc Group, (A) Jones Day, 555 South Flower Street, Fiftieth Floor Los Angeles, California 90071, Attn.: Bruce Bennett (bbennett@jonesday.com), (B) Jones Day, 250 Vesey Street New York, New York 10281, Attn.: Benjamin Rosenblum (brosenblum@jonesday.com), and (C) Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, Attn.: Paul R. DeFilippo

(pdefilippo@wmd-law.com); (ii) counsel to the Debtors; (iii) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, New Jersey 07102; and (iv) the other parties in interest on the list maintained by the Debtors' proposed noticing agent, available at https://veritaglobal.net/mcc/document/noticelist/1.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the Hearing.  Failure to file a timely objection may result in entry of a final order granting the Motion as requested by the Cross-Holder Ad Hoc Group.

**PLEASE TAKE FURTHER NOTICE** that, unless an objection is timely filed and served, the Motion will be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

| | |
|---|---|
| Dated: February 17, 2026 | **WOLLMUTH MAHER & DEUTSCH LLP** |
| | */s/     Paul R. DeFilippo* |
| | Paul R. DeFilippo |
| | James N. Lawlor |
| | Joseph F. Pacelli (admitted *pro hac vice*) |
| | 500 Fifth Avenue |
| | New York, New York 10110 |
| | Telephone: (212) 382-3300 |
| | Facsimile: (212) 382-0050 |
| | pdefilippo@wmd-law.com |
| | jlawlor@wmd-law.com |
| | jpacelli@wmd-law.com |
| | |
| | **JONES DAY** |
| | Bruce Bennett (admitted *pro hac vice*) |
| | 555 South Flower Street, Fiftieth Floor |
| | Los Angeles, California 90071 |
| | Telephone: (213) 243-2382 |
| | Facsimile: (213) 243-2539 |
| | bbennett@jonesday.com |
| | |
| | -and- |
| | |
| | Benjamin Rosenblum (admitted *pro hac vice*) |
| | Genna L. Ghaul |
| | Andrew Butler (admitted *pro hac vice*) |
| | Benjamin C. Sandberg (admitted *pro hac vice*) |
| | 250 Vesey Street |
| | New York, New York 10281 |
| | Telephone: (212) 326-8312 |
| | Facsimile: (212) 755-7306 |
| | brosenblum@jonesday.com |
| | gghaul@jonesday.com |
| | abutler@jonesday.com |
| | bsandberg@jonesday.com |
| | |
| | *Counsel for the Cross-Holder Ad Hoc Group* |