**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
James N. Lawlor
Joseph F. Pacelli (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

*Counsel for the Cross-Holder Ad Hoc Group*

**JONES DAY**
Bruce Bennett (admitted *pro hac vice*)
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

-and-

Benjamin Rosenblum (admitted *pro hac vice*)
Genna L. Ghaul
Andrew Butler (admitted *pro hac vice*)
Benjamin C. Sandberg (admitted *pro hac vice*)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Facsimile: (212) 755-7306
brosenblum@jonesday.com
gghaul@jonesday.com
abutler@jonesday.com
bsandberg@jonesday.com

*Counsel for the Cross-Holder Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| MULTI-COLOR CORPORATION, *et al.*, | Case No.: 26-10910 (MBK) |
| Debtors.[1] | Judge: Michael B. Kaplan |

**APPLICATION FOR ORDER SHORTENING TIME**

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

TO: THE HONORABLE MICHAEL B. KAPLAN
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

The Cross-Holder Ad Hoc Group (the "Applicant"), by and through its undersigned counsel, requests that the time period prescribed under Rule 2002(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") to notice a hearing, to the extent necessary, on the Applicant's *Motion for Relief From the Sale Process and for Modification of Certain Related Materials* (the "Motion")[2] and the Applicant's *Motion for an Order Authorizing the Submission of the Motion for Relief from the Sale Process and for Modification of Certain Related Material and its Exhibits Under Seal and Granting Related Relief* (the "Sealing Motion") be shortened pursuant to Bankruptcy Rule 9006(c)(1).

In support of this application (this "Application"), the Applicants state the following:

1. The Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code on January 29, 2026. Shortly thereafter, on or about February 4, 2026, the Debtors' investment banker, Evercore Group L.L.C., contacted advisors to the Cross-Holder Ad Hoc Group regarding a sale process. The Motion seeks relief to address deficiencies in the Debtors' ongoing sale process, which, notably, the Debtors are running outside of the supervision of this Court, including (i) the declassification of basic process documents that contain no proprietary information but are currently designated as confidential and (ii) establishment of a reasonable timeline for the sale process. The Debtors have refused to address the Cross-Holder Ad Hoc Group's concerns.

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2. Pursuant to Bankruptcy Rule 9006(c)(1), the Applicant respectfully requests entry of an order shortening the time for notice and hearing on the Motion and Sealing Motion and scheduling a hearing on the Motion and the Sealing Motion on or before February 18, 2026.

3. Good cause exists to shorten the notice period and expedite the hearing on the Motion and the Sealing Motion. The Debtors are actively marketing the business under the framework described in the Motion and without the supervision and oversight of this Court. Each day that passes with the sale process being conducted as formulated by the Debtors has negative implications for both potential bidders and creditors of the Debtors, including the Cross-Holder Ad Hoc Group.

4. The Applicant is not seeking to delay or obstruct the sale process. The relief requested in the Motion is designed to facilitate a more robust and competitive process that will generate maximum value for all stakeholders. The modifications requested can be implemented quickly and will enhance, not impede, the marketing effort.

5. Given the Debtors' refusal to modify the sale process voluntarily and their continued advancement of the process under the existing framework, prompt court intervention is necessary.

6. No party will be prejudiced by shortened notice. The Debtors are already fully aware of the issues raised in the Motion, having engaged in correspondence with the Applicant's advisors regarding these very issues. Other parties in interest will receive notice of the hearing through the Court's electronic filing system and the Debtors' claims and noticing agent.

WHEREFORE, the Applicant respectfully requests that this Court enter an order: (a) shortening the time for notice and hearing on the Motion and the Sealing Motion; (b) scheduling

a hearing on the Motion and the Sealing Motion on or before February 19, 2026; and (c) granting such other and further relief as the Court deems just and proper.

Dated: February 17, 2026

**WOLLMUTH MAHER & DEUTSCH LLP**

/s/  *Paul R. DeFilippo*
Paul R. DeFilippo
James N. Lawlor
Joseph F. Pacelli (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Email: pdefilippo@wmd-law.com
　　　　jlawlor@wmd-law.com
　　　　jpacelli@wmd-law.com


**JONES DAY**
Bruce Bennett (admitted *pro hac vice*)
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
Email: bbennett@jonesday.com

-and-

Benjamin Rosenblum (admitted *pro hac vice*
Genna L. Ghaul
Andrew Butler (admitted *pro hac vice*)
Benjamin C. Sandberg (admitted *pro hac vice*)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Facsimile: (212) 755-7306
Email: brosenblum@jonesday.com
　　　　gghaul@jonesday.com
　　　　abutler@jonesday.com
　　　　bsandberg@jonesday.com

*Counsel for the Cross-Holder Ad Hoc Group*