UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : Case No. 26-10910 (MBK) |
| | : jointly administered |
| Multi-Color Corporation, et al., | : Chapter 11 |
| | : The Honorable Michael B. Kaplan |
| Debtor. | : |
| | : Hearing Date: |

**NOTICE OF MOTION BY THE UNITED STATES TRUSTEE TO: (i) DISMISS CASE OF DEBTOR MCC-NORWOOD, LLC PURSUANT TO 11 U.S.C. § 1112(b); AND (ii) TRANSFER VENUE OR DISMISS CASES OF ALL DEBTORS PURUSANT TO 28 U.S.C. §§ 1406, 1408, AND 1412 AND <u>FED. R. BANKR. P. 1014(a)</u>**

TO: ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that the United States Trustee, by and through his counsel, shall move before the Honorable Michael B. Kaplan, Judge of United States Bankruptcy Court for the District of New Jersey, on February 25, 2026 at 11:30 a.m., at the United States Bankruptcy Court, District of New Jersey, 402 East State Street, Trenton, New Jersey, under 11 U.S.C. § 1112(b), for an Order Dismissing the Case of Debtor, MCC-Norwood, LLC, and under §§ 1406, 1408, and 1412 and Fed. R. Bankr. P. 1014(a), for an Order transferring venue or dismissing the cases of all Debtors, and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the United States Trustee as stated in the Order Shortening Time.

**PLEASE TAKE FURTHER NOTICE** that if opposing papers are not filed and served within the required time as stated in the Order Shortening Time unless oral argument may be presented at the hearing, the Motion shall be deemed uncontested pursuant to District of New Jersey Local Bankruptcy Rule 9013-3(d) and an Order dismissing the MCC-Norwood LLC and/or transferring venue or dismissing the cases of all Debtors may be signed and entered in the Court's discretion.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

Dated: February 17, 2026

By: */s/ Jeffrey M. Sponder*
Jeffrey M. Sponder
Trial Attorney
United States Department of Justice
Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

-and-

Jane M. Leamy
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491 (Phone)
Jane.M.Leamy@usdoj.gov