**LOWENSTEIN SANDLER LLP**
Jeffrey Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq.
Colleen M. Restel, Esq.
Philip Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: crestel@lowenstein.com
Email: pgross@lowenstein.com

- and-

**DEBEVOISE & PLIMPTON LLP**
Erica Weisgerber (admitted *pro hac vice*)
Zach Saltzman, Esq.
Nick Kaluk, Esq. (admitted *pro hac vice*)
Mitch Carlson, Esq. (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: eweisgerber@debevoise.com
Email: saltzmzh@debevoise.com
Email: nskaluk@debevoise.com
Email: mcarlson@debevoise.com

**LATHAM & WATKINS, LLP**
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Ryan Preston Dahl, Esq. (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Deniz Irgi, Esq. (admitted *pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Email: ray.schrock@lw.com
Email: ryan.dahl@lw.com
Email: candace.arthur@lw.com
Email: deniz.irgi@lw.com

*Counsel to Clayton Dubilier & Rice LLC, on behalf of itself and its affiliates and/or related entities, including CD&R Labels Holdings, L.P., Arawak XI, L.P., Arawak XI-A, L.P., CD&R Investment Associates XI, Ltd., and Clayton, Dubilier & Rice Fund XI (Credit Investor), Ltd.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| MULTI-COLOR CORPORATION, *et al.*, | Case No. 26-10910 (MBK) |
| Debtors[1]. | (Joint Administration Requested) |

## CD&R'S JOINDER AND OBJECTION TO
## APPLICATION FOR ORDER SHORTENING TIME

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

Clayton Dubilier & Rice LLC, on behalf of itself and its affiliates and/or related entities, including Dubilier & Rice Fund XI (Credit Investor), Ltd. (collectively, the "CD&R"), by and through undersigned counsel, joins in the above-captioned Debtors' objection [Docket No. 274] and further objects with respect to the *Application for Order Shortening Time* [Docket No. 265] (the "Application")[2] filed by the Cross-Holder Ad Hoc Group (the "Applicant") with regard to the *Cross-Holder Ad Hoc Group's Emergency Motion for Relief From the Sale Process and for Modification of Certain Related Materials* [Docket No. 263] (the "Sale Process Motion") and the *Motion for an Order Authorizing the Submission of the Motion for Relief from the Sale Process and for Modification of Certain Related Material and its Exhibits Under Seal and Granting Related Relief* [Docket No. 264] (the "Motion to Seal," and, together with the Sale Process Motion, the "Motions"). In support of this joinder and objection, CD&R respectfully states as follows:

## JOINDER AND OBJECTION

1.  CD&R joins in the objection [Docket No. 274] filed by the Debtors with respect to the Application. The Applicant has provided no actual evidence establishing cause to grant the extraordinary relief requested or that remotely justifies how the Applicant intends to deprive parties in interest, such as CD&R, of adequate notice and a fair opportunity to respond to the Motions. Surprise attacks are not typically condoned by courts of equity, and due process demands better. The Application should be denied.

---

[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Application.

-3-

Dated: February 18, 2026

**LOWENSTEIN SANDLER LLP**
By: /s/ *Eric S. Chafetz*
Jeffrey Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq.
Colleen M. Restel, Esq.
Philip Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: crestel@lowenstein.com
Email: pgross@lowenstein.com

-and-

**LATHAM & WATKINS, LLP**
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Ryan Preston Dahl, Esq. (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Deniz Irgi, Esq. (admitted *pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Email: ray.schrock@lw.com
Email: ryan.dahl@lw.com
Email: candace.arthur@lw.com
Email: deniz.irgi@lw.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica Weisgerber (admitted *pro hac vice*)
Zach Saltzman, Esq.
Nick Kaluk, Esq. (admitted *pro hac vice*)
Mitch Carlson, Esq. (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: eweisgerber@debevoise.com
Email: saltzmzh@debevoise.com
Email: nskaluk@debevoise.com
Email: mcarlson@debevoise.com

*Counsel to CD&R*