**LOWENSTEIN SANDLER LLP**
Jeffrey Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq.
Colleen M. Restel, Esq.
Philip Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: crestel@lowenstein.com
Email: pgross@lowenstein.com

- and-

**DEBEVOISE & PLIMPTON LLP**
Erica Weisgerber (admitted *pro hac vice*)
Zach Saltzman, Esq.
Nick Kaluk, Esq. (admitted *pro hac vice*)
Mitch Carlson, Esq. (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: eweisgerber@debevoise.com
Email: saltzmzh@debevoise.com
Email: nskaluk@debevoise.com
Email: mcarlson@debevoise.com

**LATHAM & WATKINS, LLP**
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Ryan Preston Dahl, Esq. (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Deniz Irgi, Esq. (admitted *pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Email: ray.schrock@lw.com
Email: ryan.dahl@lw.com
Email: candace.arthur@lw.com
Email: deniz.irgi@lw.com

*Counsel to Clayton Dubilier & Rice LLC, on behalf of itself and its affiliates and/or related entities, including CD&R Labels Holdings, L.P., Arawak XI, L.P., Arawak XI-A, L.P., CD&R Investment Associates XI, Ltd., and Clayton, Dubilier & Rice Fund XI (Credit Investor), Ltd.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| MULTI-COLOR CORPORATION, *et al.*, | Case No. 26-10910 (MBK) |
| Debtors[1]. | (Joint Administration Requested) |

## CD&R'S JOINDER TO THE DEBTORS' OBJECTION
## TO THE CROSS-HOLDER AD HOC GROUP'S EMERGENCY MOTION FOR RELIEF
## FROM THE SALE PROCESS AND FOR MODIFICATION
## OF CERTAIN RELATED MATERIALS

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

-2-

Clayton Dubilier & Rice LLC, on behalf of itself and its affiliates and/or related entities, including CD&R Labels Holdings, L.P., Arawak XI, L.P., Arawak XI-A, L.P., CD&R Investment Associates XI, Ltd., and Clayton, Dubilier & Rice Fund XI (Credit Investor), Ltd. (collectively, "CD&R"), by and through undersigned counsel, joins in and adopts the above-captioned Debtors' Objection [Docket No. 309] with respect to the *Cross-Holder Ad Hoc Group's Emergency Motion for Relief From the Sale Process and for Modification of Certain Related Materials* [Docket No. 263] (the "Sale Process Motion"). CD&R joins in and adopts the arguments set forth in the objection filed by the Debtors with respect to the Sale Process Motion and such arguments are hereby incorporated as if set forth herein. CD&R further reserves the right to join in additional arguments raised by any other parties in connection with the hearing on the Sale Process Motions.

-3-

Dated: February 20, 2026

**LOWENSTEIN SANDLER LLP**
By: /s/ *Eric S. Chafetz*
Jeffrey Cohen, Esq. (admitted *pro hac vice*)
Eric S. Chafetz, Esq.
Colleen M. Restel, Esq.
Philip Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone (973) 597-2500
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: crestel@lowenstein.com
Email: pgross@lowenstein.com

-and-

**LATHAM & WATKINS, LLP**
Ray C. Schrock, Esq. (admitted *pro hac vice*)
Candace M. Arthur, Esq. (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Ryan Preston Dahl, Esq. (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Deniz Irgi, Esq. (admitted *pro hac vice*)
10250 Constellation Blvd., Suite 1100
Los Angeles, CA 90067

Email: ray.schrock@lw.com
Email: ryan.dahl@lw.com
Email: candace.arthur@lw.com
Email: deniz.irgi@lw.com

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica Weisgerber (admitted *pro hac vice*)
Zach Saltzman, Esq. (admitted *pro hac vice*)
Nick Kaluk, Esq. (admitted *pro hac vice*)
Mitch Carlson, Esq. (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: eweisgerber@debevoise.com
Email: saltzmzh@debevoise.com
Email: nskaluk@debevoise.com
Email: mcarlson@debevoise.com

*Counsel to CD&R*