UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Lauren Bielskie, Esq.
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Email: Jeffrey.M.Sponder@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Multi-Color Corporation, et al., | : | Case No. 26-10910 ( MBK) |
|  | : |  |
|  | : | *(Jointly Administered)* |
| Debtors.[1] | : |  |
|  | : | The Honorable Michael B. Kaplan |

**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the United States Trustee hereby appoints, effective March 17, 2026, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned cases:

**UMB Bank, N.A., in its capacity as Successor Indenture Trustee**
120 South Sixth Street
Suite 1400
Minneapolis, MN 55402
Attn: Jordana Renert
jordana.renert@umb.com

**Shenkman Capital Management, Inc.**
151 West 42nd Street, 29th Floor
New York, NY 10036
Attn: Adam Kurzer
Adam.Kurzer@shenkmancapital.com

**James Castillo**
2192 Sacramento St., Apt 6
Vallejo, CA 94590
Attn: James Castillo
Westwood_ra2@yahoo.com

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853.  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/MCC.  The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

**Page 2**
**Multi-Color Corporation,** *et al.*
**Appointment of Official Committee of Unsecured Creditors**

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9


*/s/ Lauren Bielskie*
 Lauren Bielskie
Acting Assistant United States Trustee

Jeffrey M. Sponder
Trial Attorney


Date: March 18, 2026