**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
steven.serajeddini@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rachael M. Bentley (admitted *pro hac vice*)
Peter A. Candel (admitted *pro hac vice*)
Lindsey J. Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rachael.bentley@kirkland.com
peter.candel@kirkland.com
lindsey.blumenthal@kirkland.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>MULTI-COLOR CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 26-10910 (MBK)<br><br>(Jointly Administered) |

---

[1]   The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853.  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/MCC.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

**APPLICATION FOR ORDER SHORTENING
TIME FOR NOTICE OF HEARING ON DEBTORS'
EMERGENCY MOTION FOR ENTRY OF AN ORDER (I) DISBANDING THE
COMMITTEE OR IN THE ALTERNATIVE, (II) (A) DIRECTING THE U.S. TRUSTEE
TO RECONSTITUTE THE COMMITTEE AND (B) GRANTING CASE PROTECTIONS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, request that the time period to notice a hearing on the *Debtors' Emergency Motion for Entry of an Order (I) Disbanding the Committee or in the Alternative, (II) (A) Directing the U.S. Trustee to Reconstitute the Committee and (B) Granting Case Protections* (the "Motion")[2] be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1) for the reasons set forth below:

1.      A shortened time hearing for the Motion is requested because:   Since its appointment on March 18, 2026, the Committee has taken steps to retain advisors and has requested that the Court adjourn the ongoing hearing regarding final approval of the DIP Facility and the Combined Hearing.  A hearing on the Motion is necessary before the Committee takes any further action to disrupt the Combined Hearing, which is scheduled to take place in approximately one week and begins draining Estate resources.  Any further fees or expenses incurred by the Committee or professionals acting on its behalf will cause irreparable harm to the Debtors and their estates, in addition to the irreparable harm the Debtors have already incurred in responding to the appointment of the Committee.

2.      No party will be prejudiced by shortening notice of the hearing on the Motion.  As described further in the Motion, two of the three members of the Committee, Shenkman and UMB, are already represented in these chapter 11 cases.  Shenkman, as a member of the Minority Holdout

---

[2]     Capitalized terms used, but not otherwise defined herein have the meanings ascribed to them in the Motion.

Group, has advanced its interests throughout these chapter 11 cases and there is no reason to believe that shortening notice on the Motion will prejudice its ability to continue to do so. Although UMB has yet to materially participate in these chapter 11 cases, it is represented by an experienced global law firm and there is no reason to believe that its participation in these chapter 11 cases will be materially affected by hearing the Motion on a shortened timeline.  Mr. Castillo has not participated in these chapter 11 cases to date, and a hearing on the Motion on shortened notice will not limit him from participating in the final days of these chapter 11 cases.

3.      The U.S. Trustee also will not be prejudiced.  As described in the Motion, the U.S. Trustee has had questionnaires from creditors interested in serving on the Committee for weeks and should be intimately familiar with the facts underlying its decision to appoint the Committee. The Debtors filed this Application and the Motion as quickly as reasonably possible after the appointment of the Committee to provide the U.S. Trustee as much time as possible to respond. Before filing the Motion, the Debtors shared draft versions of the Motion and the proposed Order with the U.S. Trustee.

4.      State the hearing date requested:  The Debtors respectfully request that the Court hear the Motion on March 26, 2026, at 11:30 a.m. prevailing Eastern time, in conjunction with the currently schedule hearing on final approval of the DIP Facility, or as soon as reasonably practicable thereafter..

5.      Reduction in time is not prohibited under Fed. R. Bankr. P. 9006(c)(1).

**WHEREFORE**, the Debtors request that the Court enter the Order shortening time, in substantially the form submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated:  March 25, 2026

/s/ *Michael D. Sirota*

| | |
|---|---|
| **COLE SCHOTZ P.C.** | **KIRKLAND & ELLIS LLP** |
| Michael D. Sirota, Esq. | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Warren A. Usatine, Esq. | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| Felice R. Yudkin, Esq. | 601 Lexington Avenue |
| Court Plaza North, 25 Main Street | New York, New York 10022 |
| Hackensack, New Jersey 07601 | Telephone:     (212) 446-4800 |
| Telephone: (201) 489-3000 | Facsimile:     (212) 446-4900 |
| Email:  msirota@coleschotz.com | Email:          steven.serajeddini@kirkland.com |
|     wusatine@coleschotz.com | |
|     fyudkin@coleschotz.com | -and- |

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
        wusatine@coleschotz.com
        fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          steven.serajeddini@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rachael M. Bentley (admitted *pro hac vice*)
Peter A. Candel (admitted *pro hac vice*)
Lindsey J. Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          rachael.bentley@kirkland.com
                peter.candel@kirkland.com
                lindsey.blumenthalo@kirkland.com

*Proposed Co-Counsel to the Debtors and
Debtors in Possession*

**Exhibit A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| In re: | Chapter 11 |
| MULTI-COLOR CORPORATION, *et al.*, | Case No. 26-10910 (MBK) |
| Debtors.[1] | (Jointly Administered) |

## ORDER SHORTENING TIME PERIOD FOR NOTICE

The relief set forth on the following pages, numbered three (3) through four (4), is

**ORDERED**.

---

[1]    The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853.  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/MCC.  The location of the Debtors' service address for purposes of these chapter 11 cases is:  3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
steven.serajeddini@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rachael M. Bentley (admitted *pro hac vice*)
Peter A. Candel (admitted *pro hac vice*)
Lindsey J. Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rachael.bentley@kirkland.com
peter.candel@kirkland.com
lindsey.blumenthal@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

(Page | 3)
Debtors:            MULTI-COLOR CORPORATION, *et al*.
Case No.            26-10910 (MBK)
Caption of Order:   Order Shortening Time Period for Notice

---

Upon the *Application for Order Shortening Time for Hearing on Debtors' Emergency Motion for Entry of an Order (I) Disbanding the Committee or in the Alternative, (II) (A) Directing the U.S. Trustee to Reconstitute the Committee and (B) Granting Case Protections* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) requesting that the time period for the *Debtors' Emergency Motion for Entry of an Order (I) Disbanding the Committee or in the Alternative, (II) (A) Reconstituting the Committee, (B) Holding the Committee's Actions in Abeyance for Seventy-Five Days After the Petition Date and (C) Imposing a Fee Cap* (the "Motion"), be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1).

**IT IS HEREBY ORDERED THAT**:

1.      A hearing will be conducted on the Motion on _____, 2026, at _____:_____ __.m. (prevailing Eastern Time) before Honorable Judge Michael B. Kaplan, United States Bankruptcy Court Judge, in Courtroom 8 of the United States Bankruptcy Court for the District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, (the "Court").

2.      The Debtors must serve a copy of this Order, and all related documents to all parties in interest by either regular mail or email, as applicable.

3.      Service must be made within _____ days of the date of this Order.

4.      Notice by telephone is not required.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

(Page | 4)
Debtors:           MULTI-COLOR CORPORATION, *et al.*
Case No.           26-10910 (MBK)
Caption of Order:  Order Shortening Time Period for Notice

---

5.      Any objections to the Motion must be filed no later than _____ days before the

hearing.

6.      Parties may request to appear by Zoom by submitting an email request to Chambers

(Chambers_of_mbk@mjb.uscourts.com) prior to the return date.