| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In re:<br><br>MULTI-COLOR CORPORATION, *et al.*,<br><br>     Debtors.[1] | Chapter 11<br><br>Case No. 26-10910 (MBK)<br><br>(Jointly Administered) |

Order Filed on March 31, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## STIPULATION AND AGREED MEDIATION ORDER

The relief set forth on the following pages, numbered three (3) through six (6), is

**ORDERED**.

**DATED: March 31, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
steven.serajeddini@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rachael M. Bentley (admitted *pro hac vice*)
Peter A. Candel (admitted *pro hac vice*)
Lindsey J. Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rachael.bentley@kirkland.com
peter.candel@kirkland.com
lindsey.blumenthal@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

(Page | 3)

| | |
|---|---|
| Debtors: | MULTI-COLOR CORPORATION, *et al*. |
| Case No. | 26-10910 (MBK) |
| Caption of Order: | Stipulation and Agreed Mediation Order |

This stipulated and agreed order (the "Stipulation and Agreed Order") is in furtherance of the *Stipulation and Agreed Order (I) Appointing Hon. Joseph A. Greenaway, Jr. (Ret.) as Mediator to Mediate the Mediation Topics, (II) Referring Such Matters to Mediation, (III) Directing the Mediation Parties to Participate in the Mediation, and (IV) Granting Related Relief* [Docket No. 330] (as amended by the *Amended Stipulation and Agreed Order Regarding the Mediation Order [Docket No. 330]* [Docket No. 492]) (the "Original Mediation Order") and based upon the agreement of: (a) Multi-Color Corporation and its affiliated debtors in possession (collectively, the "Debtors"); (b) Clayton Dubilier & Rice LLC, on behalf of itself and its affiliates that have executed and delivered counterpart signature pages to the Restructuring Support Agreement,[1] in their collective capacity as funded debt holders ("CD&R Lender"), Sponsor, and Plan Sponsor; (c) the Secured Ad Hoc Group; (c) the Cross-Holder Ad Hoc Group;[2] (d) the ad hoc group of certain beneficial holders and/or investment advisors or managers of beneficial holders of the Debtors' funded debt obligations as set forth in the *Joint Verified Statement of Willkie Farr & Gallagher LLP and Rolnick Kramer Sadighi LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019* [Docket No. 73] (the "Excluded First Lien Lenders"); and (e) the official committee of unsecured creditors, appointed on March 18, 2026, by the United States Trustee for the District of New Jersey, in these chapter 11 cases pursuant to section 1102 of the Bankruptcy Code [Docket No. 493] (the "Committee") (collectively with the Debtors, CD&R Lender, the

---

[1]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan (as defined herein).

[2]   As reflected in the *Joint Verified Statement of Jones Day and Wollmuth Maher & Deutsch LLP Pursuant to Bankruptcy Rule 2019* [Docket No. 199].  To the extent the Rule 2019 statement is supplemented to include additional members, such members may become a Party to the Mediation.

(Page | 4)

| | |
|---|---|
| Debtors: | MULTI-COLOR CORPORATION, *et al*. |
| Case No. | 26-10910 (MBK) |
| Caption of Order: | Stipulation and Agreed Mediation Order |

Sponsor, the Plan Sponsor, the Secured Ad Hoc Group, the Cross-Holder Ad Hoc Group, and the Excluded First Lien Lenders, the "Mediation Parties");

**WHEREAS,** on January 29, 2026 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey. The Debtors continue to operate their businesses and manage their assets as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

**WHEREAS,** the Debtors' chapter 11 cases have been jointly administered for procedural purposes;

**WHEREAS,** on the Petition Date, the Debtors filed the *Joint Prepackaged Plan of Reorganization of Multi-Color Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 17] (the "Plan"), the *Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Conditionally Approving the Disclosure Statement as Containing Adequate Information, (III) Approving Related Dates, Deadlines, Notices, and Procedures, (IV) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (V) Conditionally Waiving the Requirements that (A) The U.S. Trustee Convene a Meeting of Creditors and (B) the Debtors File Schedules of Assets and Liabilities, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (VI) Granting Related Relief* [Docket No. 16], and the *Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Multi-Color Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 18];

(Page | 5)

| | |
|---|---|
| Debtors: | MULTI-COLOR CORPORATION, *et al.* |
| Case No. | 26-10910 (MBK) |
| Caption of Order: | Stipulation and Agreed Mediation Order |

**WHEREAS,** on March 24, 2026, the Excluded First Lien Lenders filed the *Objection of the Excluded First Lien Lenders to Confirmation of Joint Prepackaged Plan of Reorganization of Multi-Color Corporation and Its Debtor Affiliates* [Docket No. 537];

**WHEREAS,** on March 24, 2026, the Cross-Holder Ad Hoc Group filed *The Cross-Holder Ad Hoc Group's Objection to Confirmation of the Joint Prepackaged Plan of Reorganization* [Docket No. 535];

**WHEREAS,** the Mediation Parties have agreed (i) that mediation would help facilitate resolution of the disputes between the Mediation Parties, including but not limited to disputes related to the Plan and the Disclosure Statement and (ii) to participate in mediation regarding such matters (the "Mediation Topics");

**WHEREAS,** the Mediation Parties have unanimously agreed that, for the purpose of mediating remaining disputes regarding the Mediation Topics, the Mediation Parties will submit to a mediation session before the Honorable Michael B. Kaplan, U.S.B.J., D.N.J., and such further mediation sessions as may be unanimously agreed among the Mediation Parties;

**NOW, BASED ON THE FOREGOING STIPULATIONS AND UPON REQUEST BY THE PARTIES, IT IS HEREBY STIPULATED, AGREED, AND ORDERED THAT**:

1. Judge Kaplan will serve as consensual mediator with respect to the Mediation Topics.

2. Notwithstanding that Judge Kaplan has been assigned to and is presiding over the above-captioned chapter 11 cases, (i) Judge Kaplan shall be permitted to serve concurrently as consensual mediator regarding the Mediation Topics and (ii) Judge Kaplan's limited role as consensual mediator shall not be deemed a conflict under applicable law and shall not serve as a

(Page | 6)

Debtors:           MULTI-COLOR CORPORATION, *et al*.
Case No.           26-10910 (MBK)
Caption of Order:  Stipulation and Agreed Mediation Order

basis for any Mediation Party to seek to disqualify Judge Kaplan from presiding over these chapter 11 cases.

3.      The confidentiality and privilege rules set forth in Rule 9019-2 of the Local Rules of the United States Bankruptcy Court, District of New Jersey shall govern and apply with respect to the mediation and the mediation process between the Mediation Parties.

4.      Judge Kaplan has the right to terminate the mediation at any time, for any reason. The Mediation shall terminate on the earlier of (i) 11:59 p.m., prevailing Eastern Time on April 7, 2026, unless consensually extended by the Mediation Parties in writing (email being sufficient), and (ii) the conclusion of Mediation as determined by Judge Kaplan for any reason upon notice to respective counsel to the Mediation Parties (the "Mediation Termination Date").

5.      Paragraphs 9, 10, 18, 19, 20, 24, and 27 of the Original Mediation Order are incorporated herein by reference *mutatis mutandis*; *provided*, that the Cleansing Deadline (as defined in the Original Mediation Order) shall be two (2) business days following the Mediation Termination Date.

6.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, and/or enforcement of this Stipulation and Agreed Order.

Dated:  March 30, 2026

/s/ *Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:  msirota@coleschotz.com
        wusatine@coleschotz.com
        fyudkin@coleschotz.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        steven.serajeddini@kirkland.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Rachael M. Bentley (admitted *pro hac vice*)
Peter A. Candel (admitted *pro hac vice*)
Lindsey J. Blumenthal (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        rachael.bentley@kirkland.com
              peter.candel@kirkland.com
              lindsey.blumenthal@kirkland.com

*Proposed Co-Counsel to the Debtors and*
*Debtors in Possession*

_/s/ Eric S. Chafetz_

**LOWENSTEIN SANDLER LLP**
Jeffrey Cohen, Esq. (admitted _pro hac vice_)
Eric S. Chafetz, Esq.
Collen M. Restel, Esq.
Philip J. Gross, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: jcohen@lowenstein.com
Email: echafetz@lowenstein.com
Email: crestel@lowenstein.com
Email: pgross@lowenstein.com

-and-

**LATHAM & WATKINS, LLP**
Ray C. Schrock, Esq. (admitted _pro hac vice_)
Candace M. Arthur, Esq. (admitted _pro hac vice_)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200

Ryan Preston Dahl, Esq. (admitted _pro hac vice_)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Deniz Irgi, Esq. (admitted _pro hac vice_)
South Grand Avenue, Suite 100
Los Angeles, CA 90071

Email: ray.schrock@lw.com
Email: ryan.dahl@lw.com
Email: candace.arthur@lw.com
Email: deniz.irgi@lw.com

_Counsel to Clayton Dubilier & Rice LLC, on behalf of itself and its affiliates and/or related entities, including CD&R Labels Holdings, L.P., Arawak XI, L.P., Arawak XI-A L.P., CD&R Investment Associates XI, Ltd., and Clayton, Dubilier & Rice Fund XI (Credit Investor), Ltd._

-and-

**DEBEVOISE & PLIMPTON LLP**
Erica Weisgerber (admitted _pro hac vice_)
Zach Saltzman, Esq.
Nick Kaluk, Esq. (admitted _pro hac vice_)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000

Email: eweisgerber@debevoise.com
Email: saltzmzh@debevoise.com
Email: nskaluk@debevoise.com

/s/ *Thomas M. Walsh*

**CHIESA SHAHINIAN & GIANTOMASI PC**
Matthew E. Beck, Esq.
Thomas M. Walsh, Esq.
Sam Della Fera, Jr. Esq.
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:  (973) 325-1500
Facsimile:  (937) 325-1501
Email:  mbeck@csglaw.com
        twalsh@csglaw.com
        sdellafera@csglaw.com


-and-


**MILBANK LLP**
Evan R. Fleck, Esq. (admitted *pro hac vice*)
Matthew Brod, Esq. (admitted *pro hac vice*)
Justin Cunningham, Esq. (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001-2163
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
Email:  efleck@milbank.com
        mbrod@milbank.com
        jcunnin1@milbank.com


*Co-Counsel for the Secured Ad Hoc Group*

*/s/ Paul R. DeFilippo*

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
James N. Lawlor
Joseph F. Pacelli (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

-and-

**JONES DAY**
Bruce Bennett (admitted *pro hac vice*)
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile:  (213) 243-2539
bbennett@jonesday.com

-and-

Benjamin Rosenblum (admitted *pro hac vice*)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Facsimile:  (212) 755-7306
brosenblum@jonesday.com

*Counsel for the Cross-Holder Ad Hoc Group*

/s/ *Mark T. Stancil*

**ROLNICK KRAMER SADIGHI LLP**
Sheila Sadighi, Esq.
Nicole T. Castiglione, Esq.
Frank T.M. Catalina, Esq.
300 Executive Drive, Suite 275
West Orange, New Jersey 07052
(212) 597-2800
ssadighi@rksllp.com
ncastiglione@rksllp.com
fcatalina@rksllp.com

-and-

**WILKIE FARR & GALLAGHER LLP**
Mark T. Stancil, Esq. (admitted *pro hac vice*)
Christopher DiPompeo, Esq. (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1133
mstancil@wilkie.com
cdipompeo@wilkie.com

*Counsel for Objecting First Lien Lenders*

*/s/ Bradford J. Sandler*

**PACHULKSI STANG ZIEHL & JONES LLP**
Bradford J. Sandler (NJ Bar No. 009521996)
Robert J. Feinstein (*pro had vice* pending)
Edward A. Corma (NJ Bar No. 278262018)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:  (212) 561-7700
Facsimile :  (212) 561-7777
bsandler@pszjlaw.com
rfeinstein@pszjlaw.com
ecorma@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*