**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Nicole T. Castiglione, Esq.
Frank T.M. Catalina, Esq.
ROLNICK KRAMER SECURITIES
LITIGATION LLP
300 Executive Drive, Suite 275
West Orange, New Jersey 07052
(212) 597-2800
ncastiglione@rksllp.com
fcatalina@rksllp.com

Mark T. Stancil, Esq. (admitted *pro hac vice*)
Christopher DiPompeo, Esq. (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1133
mstancil@willkie.com
cdipompeo@willkie.com

*Counsel for Excluded First Lien Lenders*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Multi-Color Corporation, *et al.*, | Case No. 26-10910 (MBK) |
| Debtors. | Judge Michael B. Kaplan |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Sheila A. Sadighi is no longer with Rolnick Kramer Securities Litigation LLP and respectfully requests that her name be removed from the Court's mailing and service list for this chapter 11 case. The Excluded First Lien Lenders will continue to be represented by Rolnick Kramer Securities Litigation LLP and Willkie Farr & Gallagher LLP.

Dated April 13, 2026

Respectfully submitted,

*/s/ Nicole T. Castiglione*
Nicole T. Castiglione
Frank T.M. Catalina
Rolnick Kramer Securities Litigation LLP
300 Executive Drive, Suite 275
West Orange, NJ 07052
Tel: 212.597.2800
ncastiglione@krsllp.com

fcatalina@rksllp.com

*and*

**WILLKIE FARR & GALLAGHER LLP**

Mark T. Stancil (admitted *pro hac vice*)
Christopher DiPompeo (admitted *pro hac vice*)
1875 K Street, N.W.
Washington, DC 20006-1238
(202) 303-1133
Email: mstancil@willkie.com
          cdipompeo@willkie.com

*Counsel for Excluded First Lien Lenders*