**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo
James N. Lawlor
Joseph F. Pacelli (admitted *pro hac vice*)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
jpacelli@wmd-law.com

*Counsel for the Cross-Holder Group*

**JONES DAY**
Bruce Bennett (admitted *pro hac vice*)
555 South Flower Street, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 243-2382
Facsimile: (213) 243-2539
bbennett@jonesday.com

-and-

Benjamin Rosenblum (admitted *pro hac vice*)
Genna L. Ghaul
Andrew Butler (admitted *pro hac vice*)
Benjamin C. Sandberg (admitted *pro hac vice*)
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-8312
Facsimile: (212) 755-7306
brosenblum@jonesday.com
gghaul@jonesday.com
abutler@jonesday.com
bsandberg@jonesday.com

*Counsel for the Cross-Holder Group*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>MULTI-COLOR CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 26-10910 (MBK)<br><br>Judge: Michael B. Kaplan |

**STATUS CHANGE FORM**

---

[1] The last four digits of Debtor Multi-Color Corporation's tax identification number are 5853. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://veritaglobal.net/MCC. The location of the Debtors' service address for purposes of these chapter 11 cases is: 3284 Northside Parkway NW, Suite 400, Atlanta, Georgia 30327.

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matters identified below have been withdrawn without prejudice to refiling in the event the Effective Date[2] does not occur:

1. Cross-Holder Ad Hoc Group's Emergency Motion for an Order Designating the Secured Group's and CD&R's Class 5 Votes Pursuant to 11 U.S.C. § 1126(e) [Docket No. 536];

2. Cross-Holder Ad Hoc Group's Objection to Confirmation of the Joint Prepackaged Plan of Reorganization [Docket No. 535];

3. Cross-Holder Ad Hoc Group's Emergency Motion to Compel Continuation of Sale Process [Docket No. 709]; and

4. Cross-Holder Ad Hoc Group and Excluded First Lien Lenders' Joint Request to Certify Venue Order for Direct Appeal [Docket No. 721].

Date: April 16, 2026

*/s/ Paul R. DeFilippo*
Paul R. DeFilippo

---

[2] "Effective Date" has the meaning set forth in the *Joint Prepackaged Plan of Reorganization of Multi-Color Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 17].